IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN GILMER                                                                                    PLAINTIFF

v.                          Case No. 2:18-cv-00055-KGB

UNION PACIFIC RAILROAD
COMPANY, PATRICK MCCORMACK,
and RICHARD GODUSH                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the action is dismissed with prejudice.

It is so adjudged this 1st day of March, 2019.

_____
Kristine G. Baker
United States District Judge